## AFFDAVIT OF TODD COURSER

Case No. 2:22-mc-50350-SFC

STATE OF MICHIGAN       )

                          ) ss.

COUNTY OF LAPEER      )

I, TODD COURSER, being duly sworn, depose and state as follows:

1. I was suspended from the State Bar of Michigan for non-payment.

2. I have paid the required fees and penalties.

3. I have been reinstated to the State Bar of Michigan (EXHIBIT #1)

4. I further request reinstatement as an Attorney to the United States District Court of the Eastern District of Michigan.

FURTHER AFFIANT SAYETH NOT.

Dated: April 23, 2022

_____
Todd Courser

STATE OF MICHIGAN       )

                          ) ss.

COUNTY OF LAPEER      )

On April 23, 2022, before me, a Notary Public in and for said County, appeared Todd Courser, who being by me duly sworn, signed this document and acknowledged his signature to be his free act and deed.

_____
, Notary Public

Lapeer County, Michigan

My Commission Expires: _8/17/25_

# EXHIBIT 1

 Gmail

Todd A. Courser <courserlaw@gmail.com>

## State Bar of Michigan Reinstatement
1 message

**SBM-Fee-Billing@michbar.org** <SBM-Fee-Billing@michbar.org>                    Tue, Feb 22, 2022 at 4:38 PM
To: "Todd A. Courser" <lawoffice@toddcourser.com>

Dear Todd,

We have received and processed your payment. You have been reinstated to active status as of February 22, 2022, and are again eligible to practice law in Michigan. If you have opted to receive one, you should receive your bar card within 20 business days.

If you have any questions concerning your payment or your status, please feel free to contact us at (517) 346-6377.

Sincerely,


Fee Processing
State Bar of Michigan